UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STABIL LLC,<br>Mykhaila Hrushevskoho St., 11<br>Dnipro, 49000<br>Ukraine<br><br>RUBENOR LLC,<br>Mironova St., 30<br>Office 70<br>Dnipro, 49000<br>Ukraine<br><br>RUSTEL LLC,<br>Peremohy Ave., 62-B<br>Kyiv, 03113<br>Ukraine<br><br>NOVEL-ESTATE LLC,<br>Slobozhansky Ave., 29<br>Dnipro, 49083<br>Ukraine<br><br>PII KIROVOGRAD-NAFTA LLC,<br>Lenina St., 13<br>Kropyvnytsky, 25006<br>Ukraine<br><br>CRIMEA-PETROL LLC,<br>Slobozhansky Ave., 29<br>Dnipro, 49083<br>Ukraine<br><br>PIRSAN LLC,<br>Okeanska St., 11<br>Dnipro, 49022<br>Ukraine<br><br>TRADE-TRUST LLC,<br>Akademika Yangelya St., 30<br>Dnipro, 49033<br>Ukraine<br><br>ELEFTERIA LLC,<br>Bohdana Khmelnitskoho St., 14<br>Dnipro, 49051 | Case No. 22-cv-00983-TNM |

Ukraine

VKF SATEK LLC,
Mykhaila Hrushevskoho St., 11
Dnipro, 49000
Ukraine

STEMV GROUP LLC,
Yaroslava Mudroho St., 76
Chernivtsi, 58000
Ukraine

                              *Petitioners*,

                              v.

THE RUSSIAN FEDERATION,
Ministry of Foreign Affairs
32/34 Smolenskaya-Sennaya Ploshchad
Moscow, 119002
Russian Federation

                              *Respondent*.

## PETITIONERS' STATUS REPORT REGARDING SERVICE OF PROCESS EFFORTS

      Petitioners Stabil LLC, Rubenor LLC, Rustel LLC, Novel-Estate LLC, PII Kirovograd-Nafta LLC, Crimea-Petrol LLC, Pirsan LLC, Trade-Trust LLC, Elefteria LLC, VKF Satek LLC and Stemv Group LLC (collectively, "Petitioners"), by and through their attorneys, Hughes Hubbard & Reed LLP, respectfully submit this Status Report pursuant to the Court's Minute Order dated January 12, 2023 (the "Minute Order").

      On May 6, 2022, Petitioners requested that the Clerk of the Court effect service of process in accordance with 28 U.S.C. 1608(a)(4). Request from Petitioners, ECF No. 10. That same day, the Clerk of the Court forwarded to the United States Department of State, Director of Overseas Citizens Services (the "State Department"), "two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state [Russian]."

Certificate of Mailing, ECF No. 11. On September 7, 2022, the State Department requested that Petitioners' counsel provide two copies of the Foreign Sovereign Immunities Act. On September 9, 2022, Petitioners' counsel sent two copies of the Foreign Sovereign Immunities Act to the State Department by Federal Express. On September 19, 2022, the State Department acknowledged receipt by email.

On October 6, 2022, counsel for the Russian Federation submitted in another proceeding before this Court a memorandum of law in which the Russian Federation's counsel highlighted proceedings in this case (along with one of the Yukos cases) to support the Russian Federation's argument in the other case that service of process on the Russian Federation must be made, as in this case, pursuant to 28 U.S.C. § 1608(a)(4):

> One need look no further than another Yukos related case pending in this District to see service effected under §1608(a)(4). See Hulley (ECF 17); Stabil v. Russian Fed'n, Case No. 22-cv-00983 (ECF 8). See also Kondakov Dec. ¶21 (listing cases). Once a service package submitted to the State Department is dispatched to the foreign state under §1608(a)(4), service is complete, with no power of the foreign sovereign to object to the means of service, under §1608(c).

Resp't Reply Mem. at 23, *Yukos Cap. Ltd. v. Russian Fed'n*, No. 1:22-cv-00798 (CJN) (D.D.C. Oct. 6, 2022), ECF No. 27.

The Russian Federation thus (a) is aware of the Petitioners' complaint, (b) has acknowledged that 28 U.S.C. § 1608(a)(4) is the proper means of serving process of the Petitioners' complaint on the Russian Federation, and (c) has acknowledged that service is effected once the State Department dispatches the service package to the Russian Federation.

Upon receipt of the Court's Minute Order of January 12, 2023, Petitioners' counsel sent to the State Department that same day a copy of the Court's Minute Order with a request for any information the State Department might be able to provide concerning the status of service of the complaint. On January 17, 2023, the State Department advised that "the case is being processed

for transmittal at the moment. Once it has reached our embassy for transmission of the documents we will notify you."

Counsel for Petitioners will submit to the Court a status report promptly upon receiving any further update from the State Department concerning service of process, and in any event counsel for Petitioners will submit on April 1, 2023 (and every 90 days thereafter) a status report informing the Court of the status of service of process.

Dated: January 30, 2023
Washington, D.C.

HUGHES HUBBARD & REED LLP

By: /s/ *James H. Boykin*
John M. Townsend (D.C. Bar No. 422674)
James H. Boykin (D.C. Bar No. 490298)
Vitaly Morozov (D.C. Bar No. 1013985)
Eleanor Erney (D.C. Bar No. 1048544)
Alexander Bedrosyan (D.C. Bar No. 1044386)
Shayda Vance (D.C. Bar No. 263031)

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: +1 (202) 721-4600
Fax: +1 (202) 721-4646

*Attorneys for Petitioners*